# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SOLID WASTE SERVICES, INC., D/B/A
J.P. MASCARO & SONS,

     Petitioner

    v.

WORKERS' COMPENSATION APPEAL
BOARD (BOOS),

     Respondent

:   No. 376 MAL 2021
:
:
:   Petition for Allowance of Appeal
:   from the Order of the
:   Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 1st day of December, 2021, the Petition for Allowance of Appeal

is **DENIED**.

A True Copy Elizabeth E. Zisk
As Of 12/01/2021

Attest: _____
Chief Clerk
Supreme Court of Pennsylvania